UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for the Chapter 13 Debtors,
Kevin and Mary O'Keefe

Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEVIN AND MARY O'KEEFE,

Chapter 13 Debtors.

Case No.: 17-12206-VFP

Chapter: 13

Judge: Vincent F. Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 14, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____3,810.00_____ for services rendered and expenses in the amount of $_____20.84_____ for a total of $_____3,830.84_____. The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary.  Debtors retained firm and paid an initial retainer in the amount of $2,500.00 with the balance of the retainer in the amount of $1,000.00 to be paid through the Chapter 13 plan, and filing fee of $310.00. Firm seeks payment of supplemental fees and expenses in the total sum of $3,830.84, consisting of $3,810.00 in supplemental fees and reimbursement of expenses in the sum of $20.84 to be paid outside the Chapter 13 plan.  This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12206-VFP
Kevin P. O'Keefe                                                Chapter 13
Mary C. O'Keefe
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Jun 14, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db/jdb         +Kevin P. O'Keefe,    Mary C. O'Keefe,    107 Woodland Road,    New Providence, NJ 07974-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jessica M. Minneci    on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Mary C. O'Keefe
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Kevin P. O'Keefe
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
               One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
               N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
               N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
               One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
               One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
                                                                                               TOTAL: 17