Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12206−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin P. O'Keefe                                     Mary C. O'Keefe
   107 Woodland Road                          107 Woodland Road
   New Providence, NJ 07974             New Providence, NJ 07974

Social Security No.:
   xxx−xx−5158                                          xxx−xx−0307

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 15, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 125 − 114
Order Granting Application to Employ Anthony Di Maggio as Special Real Estate Counsel (Related Doc # 114). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/15/2018. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 15, 2018
JAN: jf

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-12206-VFP
Kevin P. O'Keefe                                                              Chapter 13
Mary C. O'Keefe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Jun 15, 2018
                            Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
r               +Law Offices of Anthony Di Maggio,   aw Offices of Anthony Di Maggio,   372 Morris Avenue,
                 Sprinfield, NJ 07081-1159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
       Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
                jschwartz@mesterschwartz.com
              Jessica M. Minneci    on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com
              Laura M. Egerman    on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Mary C. O'Keefe
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Kevin P. O'Keefe
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
               New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
               One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
               York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
               N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
               York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
               N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
               New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
               One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
               New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
               One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
                                                                                              TOTAL: 17