| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    KEVIN P. O'KEEFE<br>    MARY C. O'KEEFE | Case No.:  17-12206<br><br>Hearing Date:  01/03/2019<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 4, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): KEVIN P. O'KEEFE
MARY C. O'KEEFE

Case No.: 17-12206VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/03/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/3/2019 of the plan filed on 11/01/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 01/17/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.