UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Jessica M. Minneci, Esq.
jminneci@middlebrooksshapiro.com
Counsel for the Chapter 13 Debtors,
Kevin P. and Mary C. O'Keefe

In Re:

KEVIN P. AND MARY C. O'KEEFE,

Chapter 13 Debtors.

Case No.:  17-12206-VFP

Judge:  Vincent F. Papalia

Chapter:  13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Chapter 13 Trustee_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☒ Payments have been made in the amount of $ _____1,000.00_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/1/2019                                                         /s/Kevin P. O'Keefe
                                                                         Debtor's Signature

Date: 11/1/2019                                                         /s/Mary C. O'Keefe
                                                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

-----Original Message-----
From: Chapter 13 Bankruptcy Trustee, Marie-Ann Greenberg <EpayQuestions@magtrustee.com>
To:
Sent: Fri, Nov 1, 2019 1:46 pm
Subject: Online ePay Payment Center – Payment Submitted

**Mary Okeefe**

Thank you for making an online ePay plan payment for your Chapter 13 Bankruptcy case. The payment has been submitted for processing and will be confirmed after 5pm Eastern Standard Time. The details regarding the payment are below. If you would like to verify that your payment has been received and credited to your bankruptcy case, please visit www.NDC.ORG in approximately 4 business days. Any questions regarding your case should be directed to your attorney. HOLD POLICY If your case is dismissed, completed or converted following any payment received by the trustee using this ePay system, no such funds will be refunded to you until at least sixty (60) calendar days have passed since the payment receipt, less any applicable fees, charges, adequate protection payments or the like. NSF POLICY If any debit entry to your checking/savings account is returned as insufficient or for stop payment then you understand your access to this system may be revoked and you may no longer be eligible to initiate payments using this system.

Your account will be debited $ 1,002.00 on the 04 Nov 2019
**Online Payment ID:**            0307
Payment Confirmation Number:

| | |
|---|---|
| Payment Type: | Single Payment |
| Payment Entered Date: | 01 Nov 2019 |
| Payment Date: | 01 Nov 2019 |
| Payment Effective Date: | 04 Nov 2019 |
| Payment Amount: | $ 1,000.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 1,002.00** |

*Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 1,000.00 and $ 2.00*

**Your account will be debited $ 352.00 on the 04 Nov 2019**
**Online Payment ID:**         **17122060307**
Payment Confirmation Number: 6303526

Payment Type:               Single Payment
Payment Entered Date:       01 Nov 2019
Payment Date:               01 Nov 2019
Payment Effective Date:     04 Nov 2019

Payment Amount:             $ 350.00
Bank Processing Fee:        $ 2.00

**Total Amount:**           **$ 352.00**

*Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 350.00 and $ 2.00*