**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   KEVIN P. O'KEEFE
   MARY C. O'KEEFE

Order Filed on December 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.: 17-12206 VFP**

**Hearing Date: 12/5/2019**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): KEVIN P. O'KEEFE
              MARY C. O'KEEFE

Case No.: 17-12206

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 12/05/2019 on notice to MELINDA

MIDDLEBROOKS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it

is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $352.00

  starting on 12/1/2019 for the remaining 27 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Kevin P. O'Keefe
Mary C. O'Keefe
          Debtors

Case No. 17-12206-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1            Date Rcvd: Dec 09, 2019
                           Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db/jdb         +Kevin P. O'Keefe,   Mary C. O'Keefe,   107 Woodland Road,   New Providence, NJ 07974-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Jessica M. Minneci    on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com
          Jessica M. Minneci    on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com
          Laura M. Egerman    on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Joint Debtor Mary C. O'Keefe
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Debtor Kevin P. O'Keefe
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
           New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
           One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
           York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
           N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
           York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
           N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
           New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
           One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
           New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
           One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
                                                                           TOTAL: 18