**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   KEVIN P. O'KEEFE
   MARY C. O'KEEFE

Order Filed on June 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-12206 VFP**

**Hearing Date:  6/18/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 19, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  KEVIN P. O'KEEFE
           MARY C. O'KEEFE

Case No.:  17-12206

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/18/2020 on notice to MELINDA

MIDDLEBROOKS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it

is:

- ORDERED, that the Debtor(s) must file a modified plan and certification due to Covid-19 hardship by

  7/2/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and certification due to

  Covid-19 hardship has been filed by the above referenced date, the instant Case shall be Dismissed without

  further Notice to Debtor or Debtor's Attorney.