Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12206−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin P. O'Keefe
107 Woodland Road
New Providence, NJ 07974

Mary C. O'Keefe
107 Woodland Road
New Providence, NJ 07974

Social Security No.:
xxx−xx−5158                              xxx−xx−0307

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/17/20
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney,

COMMISSION OR FEES
$3460.00

EXPENSES
$28.47.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 14, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

Case 17-12206-VFP    Doc 206    Filed 08/16/20    Entered 08/17/20 00:32:01    Desc
Imaged Certificate of Notice    Page 2 of 6

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 17-12206-VFP
Kevin P. O'Keefe                                                     Chapter 13
Mary C. O'Keefe
        Debtors               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 4         Date Rcvd: Aug 14, 2020
                              Form ID: 137             Total Noticed: 122


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db/jdb         +Kevin P. O'Keefe,    Mary C. O'Keefe,    107 Woodland Road,    New Providence, NJ 07974-2136
cr             +DITECH FINANCIAL LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
r              +Kathleen Jonovich,    Weichert Chatham,   64 Main Street,    Chatham, NJ 07928-2475
r              +Law Offices of Anthony Di Maggio,    aw Offices of Anthony Di Maggio,    372 Morris Avenue,
                 Sprinfield, NJ 07081-1159
516629002       APEX Asset Management, LLC,    PO Box 5407,   Lancaster, PA 17606-5407
516628995      +Accounts Receivable Management, Inc.,    3400 Lakeside Dr STE 505,    Miramar, FL 33027-3288
516628999      +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
516629000      +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
516867647       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516629001      +Apex Asset Management,    2501 Oregon Pike, Ste 120,    Lancaster, PA 17601-4890
516629003       Atlantic Health System,    PO Box 35611,   Newark, NJ 07193-5611
516629005       Atlantic Medical Group,    Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
516629004      +Atlantic Medical Group,    PO Box 416457,   Boston, MA 02241-6457
516629009       BCA Financial Services, Inc,    18001 Old Cutler Road,    Suite 462,    Miami, FL 33157-6437
516629006       Bank of America, N.A.,    PO Box 15227,   Wilmington, DE 19886-5227
516629008       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
516629011       Becket and Lee, LLP,    POB 3001,   Malvern, PA 19355-0701
516629015      +Capital One Bank (USA), NA,    c/o Nudelman, Klemm & Golub, PC,    425 Eagle Rock Ave.,
                 Suite 403,   Roseland, NJ 07068-1717
516629018      +Capital One, NA,    c/o Nudelman, Klemm & Golub, PC,    425 Eagle Rock Ave.,    Suite 403,
                 Roseland, NJ 07068-1717
516629020       Celentano, Stadtmauer & Walentowicz, LLP,    Notchview Office Park,    P.O. Box 2594,
                 Clifton, NJ 07015-2594
516629024       Ditech Financial,    PO Box 7169,   Pasadena, CA 91109-7169
516653529      +Ditech Financial LLC,    6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
516758728       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516629025      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
516629026       ECMC,   PO Box 64909,    Saint Paul, MN 55164-0909
516629028       EKG Associates,    610 Wyoming Avenue,   Kingston, PA 18704-3702
516629029       EKG Interpretaion Group,    PO Box 512619,   Philadelphia, PA 19175-2619
516629027       Educational Credit Management Corporatio,    PO Box 16408,    Saint Paul, MN 55116-0408
516629031      +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516629032     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:   Green Tree Servicing, LLC,    c/o Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, So. Dakota 57709-6154)
516629033      +High Focus Centers,    c/o Glazer & Kamel,   1207 East Grand Street,    Elizabeth, NJ 07201-2319
516629034       IC System,    PO Box 64437,   Saint Paul, MN 55164-0437
516629035      +IC Systems, Inc.,    P.O. Box 64378,   Saint Paul, MN 55164-0378
516629036       Imaging Consultants of Essex,    PO Box 3247,   Indianapolis, IN 46206-3247
516629038      +James M. Rubino, DMD,    598 Central Avenue,   New Providence, NJ 07974-1500
516629040       Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
516629041      +Livingston Pathology Associates LLC,    94 Old Short Hills Rd.,    Livingston, NJ 07039-5672
516629042      +Mark Durante, DDS, PA,    261 Springfield Avenue, Suite 203,    Berkeley Heights, NJ 07922-1264
516680115       Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
516629045       New Jersey Anesthesia,    PO Box 0037,   Florham Park, NJ 07932-0037
516881368      +New Jersey Anesthesia Associates,    c/o Pressler And Pressler,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516629046       New Providence Internal Med Assoc,    571 Central Ave,    Suite 112,
                 New Providence, NJ 07974-1547
518654207       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518654208       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
516629047      +Norley Collection Agency, LLC,    PO Box 2173,    Westfield, NJ 07091-2173
516629049       Overlook Medical Center,    PO Box 35611,   Newark, NJ 07193-5611
516629051       Penn Credit,    916 S 14th Street,   PO Box 988,    Harrisburg, PA 17108-0988
516629052       Pennsylvania Physician Services,    Mailstop: 49111298,    PO Box 660827,    Dallas, TX 75266-0827
516629053       Physician Billing - PB Chop,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
516629054      +Practices Associates Medical Group,    PO Box 416457,    Boston, MA 02241-6457
516629055      +Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516629056       Princeton Healthcare System,    Lock Box 9226,    PO Box 8500,    Philadelphia, PA 19178-9226
516629057      +Princeton Hlthcr Behavioral Hlth,    4 Princess Road, Suite 207,
                 Lawrence Township, NJ 08648-2322
516629058       Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
516629059       QAR,   PO Box 239,   Gibbsboro, NJ 08026-0239
516629060      +RAS Cintron Law Offices,    130 Clifton Road, Suite 202,    Fairfield, NJ 07004-2927
516629061      +Raymore & Flanigan,    Attn: Legal Dept,   7248 Morgan Rd,    Liverpool, NY 13090-4535
516629064      +Robert C. Thelander, Esq.,    139 South Street, Suite 203,    New Providence, NJ 07974-1999
516629071       SBMC Multi Specialty-OBS,    PO Box 8000, Dept 624,    Buffalo, NY 14267-0002
```

```
District/off: 0312-2              User: admin              Page 2 of 4              Date Rcvd: Aug 14, 2020
                                  Form ID: 137             Total Noticed: 122


516742885      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516629066       Saint Barnabas Outpatient Centers,    PO Box 28269,    New York, NY 10087-8269
516629069       Saint Barnabus Outpatient Centers,    PO Box 28269,    New York, NY 10087-8269
516629072       Sirius XM Satellite Radio,    c/o EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
516629074      +St. Clare's Hospital,    25 Pocono Road,    Denville, NJ 07834-2954
516629073       St. Clare's dba Revenue Guard,    PO Box 28315,    New York, NY 10087-8315
516629076       State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516629078      +State of Tennessee,    Department of Revenue,    Andrew Jackson State Office Building,
                 Nashville, TN 37242-0001
516629079      +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306
516629080       Summit Medical Group,    Attn: Business Office Admin,    150 Floral Avenue,
                 New Providence, NJ 07974-1557
516629081       Summit Medical Group, PA,    Attn #8549X,    PO Box 14000,    Belfast, ME 04915-4033
516629082      +Summit Oral & Maxillofacial Surgery, P.A,    155 Summit Avenue,    Summit, NJ 07901-2856
516629083      +Summit Oral Surgery,    c/o Robert C. Thelander,    139 South Street, Suite 203,
                 New Providence, NJ 07974-1999
516629084      +TD Bank USA, N.A.,    c/o Weinsten, Pinson, and Riley, PS,    2001 Wester Avenue, Suite 400,
                 Seattle, WA 98121-3132
516629085      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516921418      +Tennessee Dept. of Revenue,    c/o Attorney General,    POB 20207,    Nashville, TN 37202-4015
516715521       The Bank of New York Mellon FKA...,    c/o Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516629086      +The CBE Group, Inc.,    Payment Processing Center,    PO Box 126,    Waterloo, IA 50704-0126
516629087      +Torin Rutner, D.M.D., M.D.,    590 Westfield Avenue,    Westfield, NJ 07090-3312
516629088      +Transworld Systems,    PO Box 17221,    Wilmington, DE 19850-7221
516629090       Verizon,    PO Box 1548,    Lynnwood, WA 98046-1548
516629091      #+Viking Pest Control,    711 E. Main Street,    Bridgewater, NJ 08807-3340
516629092      +Wells Fargo Bank,    PO Box 63491,    San Francisco, CA 94163-0001
516629093       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
516840903       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516629095      +Wells Fargo Card Services,    1 Home Campus, 3rd Floor,    Des Moines, IA 50328-0001
516629094      +Wells Fargo Card Services,    PO Box 30086,    Los Angeles, CA 90030-0086
516629096       Wilkes-Barre General Hospital WGQ,    PO Box 630958,    Cincinnati, OH 45263-0958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2020 01:29:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2020 01:29:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 01:24:13
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516628996      +E-mail/Text: mreed@affcollections.com Aug 15 2020 01:29:35      Accurate Collection Services,
                 17 Prospect Street,    Morristown, NJ 07960-6862
516628997       E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2020 01:28:00      Ally,    PO Box 38092,
                 Bloomington, MN 55438-0902
516628998      +E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2020 01:28:00      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
516760164       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2020 01:36:28
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516629007      +E-mail/Text: ebn@rwjbh.org Aug 15 2020 01:30:04      Barnabas Health,    PO Box 903,
                 Oceanport, NJ 07757-0903
516629012      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2020 01:25:43      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516629013      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 15 2020 01:24:30
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
516637472      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2020 01:25:45
                 Capital One Auto Finance,    c/o Ascension Capital Group,    4515 N Sante Fe Ave/ Dept. APS,
                 Oklahoma City, OK 73118-7901
516700738      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2020 01:25:01
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516629014       E-mail/Text: bankruptcynotices@cbecompanies.com Aug 15 2020 01:30:00      Capital One Bank,
                 c/o Nelson, Watson & Associates, LLC,    PO Box 1299,    Haverhill, MA 01831-1799
516864112       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2020 01:24:59
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516629016       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2020 01:24:18
                 Capital One Bank, USA, N.A.,    c/o American InforSource, LP,    PO Box 71083,
                 Charlotte, NC 28272-1083
516629017      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2020 01:24:18      Capital One, N.A.,
                 c/o American InforSource,    PO Box 71083,    Charlotte, NC 28272-1083
516723161       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2020 01:24:59      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
516629019      +E-mail/Text: bankruptcy@cavps.com Aug 15 2020 01:29:58      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
```

```
District/off: 0312-2          User: admin              Page 3 of 4           Date Rcvd: Aug 14, 2020
                              Form ID: 137             Total Noticed: 122


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516629021         +E-mail/Text: bankruptcy@certifiedcollection.com Aug 15 2020 01:29:16
                   Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516629023         +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 15 2020 01:30:29
                   Credit Collection Services,    Two Wells Ave,    Newton Center, MA 02459-3246
516629030         +E-mail/Text: bknotice@ercbpo.com Aug 15 2020 01:29:40        Enhanced Recovery Company, LLC,
                   PO Box 57610,    Jacksonville, FL 32241-7610
516629037          E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 15 2020 01:28:58        Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA 19101-7346
516629022          E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 15 2020 01:24:56         Chase,
                   Nartional Payment Services,    PO Box 182223,    Dept. OHI-1272,    Columbus, OH 43218
516629039         +E-mail/Text: PBNCNotifications@peritusservices.com Aug 15 2020 01:28:41         Kohls/capone,
                   Po Box 3115,    Milwaukee, WI 53201-3115
516629044         +E-mail/PDF: pa_dc_claims@navient.com Aug 15 2020 01:25:50         Navient,    Po Box 9500,
                   Wilkes Barre, PA 18773-9500
516629050          E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 01:25:37        PayPal Credit,    PO Box 105658,
                   Atlanta, GA 30348-5658
516629062          E-mail/Text: Supportservices@receivablesperformance.com Aug 15 2020 01:30:24
                   Receivables Performance Management LLC,    PO Box 1548,    Lynnwood, WA 98046-1548
516629063         +E-mail/Text: Supportservices@receivablesperformance.com Aug 15 2020 01:30:24
                   Recievables Performance Management, LLC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
516629065          E-mail/Text: ebn@rwjbh.org Aug 15 2020 01:30:04        Saint Barnabas Medical Center,
                   PO Box 29960,    New York, NY 10087-9960
516629068          E-mail/Text: ebn@rwjbh.org Aug 15 2020 01:30:04        Saint Barnabus Medical Center,
                   PO Box 29960,    New York, NY 10087-9960
516629067          E-mail/Text: ebn@rwjbh.org Aug 15 2020 01:30:04        Saint Barnabus Medical Center,
                   PO Box 29960,    Lockbox #29960,    New York, NY 10087-9960
516629070         +E-mail/Text: bankruptcy@savit.com Aug 15 2020 01:30:34        Savit Collection Agency,
                   PO Box 250,    East Brunswick, NJ 08816-0250
516629075          E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Aug 15 2020 01:29:47         State Farm,
                   Insurance Support Center,    PO Box 588002,    North Metro, GA 30029-8002
516653565         +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 01:24:12        Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516629089          E-mail/Text: bnc@alltran.com Aug 15 2020 01:28:43        United Recovery Systems,
                   P.O. Box 722929,    Houston, TX 77272-2929
                                                                                                 TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516629010*         BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
516629077*        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,    PO Box 283,    Trenton, NJ 08695-0283)
516629043        ##Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516629048       ##+Nudelman, Klemm & Golus,    425 Eagle Rock Ave., Suite 403,    Roseland, NJ 07068-1717
                                                                                  TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                        Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 4 of 4              Date Rcvd: Aug 14, 2020
                              Form ID: 137             Total Noticed: 122
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Jessica M. Minneci    on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com
          Jessica M. Minneci    on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com
          Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Joint Debtor Mary C. O'Keefe
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Debtor Kevin P. O'Keefe
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
           New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
           One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
           N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One,
           N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
           New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
           One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
           New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank
           One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com
                                                                                             TOTAL: 19
```