UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for the Chapter 13 Debtors,
Kevin and Mary O'Keefe

Order Filed on September 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEVIN AND MARY O'KEEFE,

Chapter 13 Debtors.

Case No.:   17-12206-VFP

Chapter:   13

Judge:   Vincent F. Papal

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 23, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro, P.C._____, the applicant, is allowed a fee of $ _____3,460.00_____ for services rendered and expenses in the amount of $_____28.47_____ for a total of $_____3,488.47_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary. Debtors retained firm and paid an initial retainer in the amount of $2,500.00 with the balance of the retainer in the amount of $1,000.00 to be paid through the Chapter 13 plan, and filing fee of $310.00. Firm seeks payment of supplemental fees and expenses in the total sum of $3,488.47, consisting of $3,460.00 in supplemental fees and reimbursement of expenses in the sum of $28.47 to be paid outside the Chapter 13 plan. This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin P. O'Keefe  
Mary C. O'Keefe  
    Debtors

Case No. 17-12206-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 23, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.  
db/jdb        +Kevin P. O'Keefe,   Mary C. O'Keefe,   107 Woodland Road,   New Providence, NJ 07974-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com  
        Jessica M. Minneci   on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com  
        Jessica M. Minneci   on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com  
        Joseph M. Shapiro   on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com  
        Joseph M. Shapiro   on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com  
        Laura M. Egerman   on behalf of Creditor   New Residential Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman   on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Melinda D. Middlebrooks   on behalf of Joint Debtor Mary C. O'Keefe middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
        Melinda D. Middlebrooks   on behalf of Debtor Kevin P. O'Keefe middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
        Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        William M. E. Powers, III   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com  
        William M.E. Powers   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com  
        William M.E. Powers   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com  
                                                                                                                                                            TOTAL: 19