# Middlebrooks Shapiro, P.C.
### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

Melinda D. Middlebrooks, Esq.*
Joseph M. Shapiro, Esq.°
Richard P. Shapiro, Esq. (1942-2002)
~
Jessica M. Minneci, Esq.
Angela Nascondiglio Stein, Esq.°

Of Counsel
Myron S. Lehman, Esq. (1928-2007)

*Also admitted in Tennessee
°Also admitted in New York

September 3, 2021

**VIA CM/ECF**
The Honorable Vincent F. Papalia
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

       Re:    Kevin O. O'Keefe and Mary C. O'Keefe,
              17-12206-VFP

Dear Judge Papalia:

     As Your Honor is aware, this Firm represents Kevin O. O'Keefe and Mary C. O'Keefe, Chapter 13 Debtors in the above-captioned matter. On August 20, 2021, the Trustee filed a Certification of Default regarding the Debtors delinquency on Chapter 13 plan payments. *See*, Docket No. 211.

     Today, on September 3, 2021, Mary C. O'Keefe represented to our office that she has created a tfs bill pay account to pay the delinquency. We reasonably anticipate that the Debtors will cure the delinquency prior to a hearing return date.

     Should Your Honor have any questions, please do not hesitate to contact the undersigned.

                            Respectfully submitted,

                            /s/ Jessica M. Minneci
                            Jessica M. Minneci, Esq.

cc: Kevin O. O'Keefe and Mary C. O'Keefe

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*