Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.:  17−12206−VFP
                                                Chapter:  13
                                                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin P. O'Keefe                                            Mary C. O'Keefe
   107 Woodland Road                               107 Woodland Road
   New Providence, NJ 07974                    New Providence, NJ 07974

Social Security No.:
   xxx−xx−5158                                                  xxx−xx−0307

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/7/21 at 10:00 AM

to consider and act upon the following:

*211* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/3/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*213* − Response to (related document:211 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/3/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jessica M. Minneci on behalf of Kevin P. O'Keefe, Mary C. O'Keefe. (Minneci, Jessica)

Dated: 9/7/21

                                                                            Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court