Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12206−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin P. O'Keefe
107 Woodland Road
New Providence, NJ 07974

Mary C. O'Keefe
107 Woodland Road
New Providence, NJ 07974

Social Security No.:
   xxx−xx−5158                                            xxx−xx−0307

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/7/21 at 10:00 AM

to consider and act upon the following:

*211* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/3/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*213* − Response to (related document:211 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/3/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jessica M. Minneci on behalf of Kevin P. O'Keefe, Mary C. O'Keefe. (Minneci, Jessica)

Dated: 9/7/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-12206-VFP
Kevin P. O'Keefe  Chapter 13
Mary C. O'Keefe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Sep 07, 2021  Form ID: ntchrgbk  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin P. O'Keefe, Mary C. O'Keefe, 107 Woodland Road, New Providence, NJ 07974-2136 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Jessica M. Minneci | on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | |

Case 17-12206-VFP    Doc 215    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Mary C. O'Keefe middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Debtor Kevin P. O'Keefe middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor DITECH FINANCIAL LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com |

TOTAL: 18