| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>KEVIN P. O'KEEFE<br>MARY C. O'KEEFE | Case No.: 17-12206<br><br>Adv. No.:<br><br>Hearing Date: 01/18/2024<br><br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/13/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
KEVIN P. O'KEEFE
MARY C. O'KEEFE
107 WOODLAND ROAD
NEW PROVIDENCE, NJ  07974
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630
Mode of Service:  ECF and/or Regular Mail

Dated:  December 13, 2023

By: /S/ Keith Guarneri
Keith Guarneri