UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio, Esq.
anstein@middlebrooksshapiro.com
Attorneys for the Chapter 13 Debtors,
Kevin P. and Mary C. O'Keefe

In Re:
Kevin P. O'Keefe and Mary C. O'Keefe,

Case No.: 17-12206-VFP

Chapter: 13

Judge: Papalia

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Kevin P. O'Keefe
(Example: John Smith, creditor)

Old address: 107 Woodland Road
New Providence, NJ 07974

New address: 1301 Cinderella Road
Lookout Mountain, GA 30750

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 1/24/2024

/s/Angela Stein
Signature

*rev.2/1/16*