| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Kevin P. O'Keefe and Mary C. O'Keefe,<br><br>Chapter 13 Debtors. | Case No.: 17-12206-VFP<br><br>Chapter: 13<br><br>Judge: Papalia |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Kevin P. O'Keefe_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [X]  I am not required to pay domestic support obligations, or

   [ ]  I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/16/2024                                      /s/Kevin P. O'Keefe
                                                              Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Kevin P. O'Keefe and Mary C. O'Keefe,<br><br>Chapter 13 Debtors. | Case No.: 17-12206-VFP<br><br>Chapter: 13<br><br>Judge: Papalia |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Mary C. O'Keefe__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/16/2024

/s/Mary C. O'Keefe
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*