**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kevin P. O'Keefe | Social Security number or ITIN  xxx–xx–5158 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Mary C. O'Keefe | Social Security number or ITIN  xxx–xx–0307 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–12206–VFP | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Kevin P. O'Keefe                      Mary C. O'Keefe

3/21/24                                              **By the court:** Vincent F. Papalia
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12206-VFP |
| Kevin P. O'Keefe | Chapter 13 |
| Mary C. O'Keefe | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Mar 21, 2024 | Form ID: 3180W | Total Noticed: 126 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin P. O'Keefe, 1301 Cinderella Road, Lookout Mountain, GA 30750-2508 |
| jdb | #+ | Mary C. O'Keefe, 107 Woodland Road, New Providence, NJ 07974-2136 |
| r | + | Kathleen Jonovich, Weichert Chatham, 64 Main Street, Chatham, NJ 07928-2475 |
| r | + | Law Offices of Anthony Di Maggio, aw Offices of Anthony Di Maggio, 372 Morris Avenue, Sprinfield, NJ 07081-1159 |
| 516628995 | + | Accounts Receivable Management, Inc., 3400 Lakeside Dr STE 505, Miramar, FL 33027-3288 |
| 516629003 | | Atlantic Health System, PO Box 35611, Newark, NJ 07193-5611 |
| 516629005 | | Atlantic Medical Group, Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |
| 516629004 | + | Atlantic Medical Group, PO Box 416457, Boston, MA 02241-6457 |
| 516629006 | | Bank of America, N.A., PO Box 15227, Wilmington, DE 19886-5227 |
| 516629008 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6504 |
| 516629014 | | Capital One Bank, c/o Nelson, Watson & Associates, LLC, PO Box 1299, Haverhill, MA 01831-1799 |
| 516629015 | + | Capital One Bank (USA), NA, c/o Nudelman, Klemm & Golub, PC, 425 Eagle Rock Ave., Suite 403, Roseland, NJ 07068-1717 |
| 516629018 | + | Capital One, NA, c/o Nudelman, Klemm & Golub, PC, 425 Eagle Rock Ave., Suite 403, Roseland, NJ 07068-1717 |
| 516629020 | | Celentano, Stadtmauer & Walentowicz, LLP, Notchview Office Park, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 516629024 | | Ditech Financial, PO Box 7169, Pasadena, CA 91109-7169 |
| 516758728 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516629028 | | EKG Associates, 610 Wyoming Avenue, Kingston, PA 18704-3702 |
| 516629029 | | EKG Interpretaion Group, PO Box 512619, Philadelphia, PA 19175-2619 |
| 516629032 | | Green Tree Servicing, LLC, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, So. Dakota 57709-6154 |
| 516629033 | + | High Focus Centers, c/o Glazer & Kamel, 1207 East Grand Street, Elizabeth, NJ 07201-2319 |
| 516629036 | | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 516629040 | | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 516629041 | + | Livingston Pathology Associates LLC, 94 Old Short Hills Rd., Livingston, NJ 07039-5672 |
| 516629042 | + | Mark Durante, DDS, PA, 261 Springfield Avenue, Suite 203, Berkeley Heights, NJ 07922-1264 |
| 516629043 | | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 516629045 | | New Jersey Anesthesia, PO Box 0037, Florham Park, NJ 07932-0037 |
| 516629046 | | New Providence Internal Med Assoc, 571 Central Ave, Suite 112, New Providence, NJ 07974-1547 |
| 516629047 | + | Norley Collection Agency, LLC, PO Box 2173, Westfield, NJ 07091-2173 |
| 516629048 | + | Nudelman, Klemm & Golus, 425 Eagle Rock Ave., Suite 403, Roseland, NJ 07068-1717 |
| 516629049 | | Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |
| 516629052 | | Pennsylvania Physician Services, Mailstop: 49111298, PO Box 660827, Dallas, TX 75266-0827 |
| 516629053 | | Physician Billing - PB Chop, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 516629054 | + | Practices Associates Medical Group, PO Box 416457, Boston, MA 02241-6457 |
| 516629056 | | Princeton Healthcare System, Lock Box 9226, PO Box 8500, Philadelphia, PA 19178-9226 |
| 516629057 | + | Princeton Hlthcr Behavioral Hlth, 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 516629061 | + | Raymore & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 516629062 | # | Receivables Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 516629063 | #+ | Recievables Performance Management, LLC, 20816 44th Ave W, Lynnwood, WA 98036-7744 |

Case 17-12206-VFP    Doc 229    Filed 03/23/24    Entered 03/24/24 00:16:07    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 3180W | Total Noticed: 126 |

| | | |
|---|---|---|
| 516629064 | + | Robert C. Thelander, Esq., 139 South Street, Suite 203, New Providence, NJ 07974-1999 |
| 516629071 | | SBMC Multi Specialty-OBS, PO Box 8000, Dept 624, Buffalo, NY 14267-0002 |
| 516629077 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08695-0283 |
| 516629066 | | Saint Barnabas Outpatient Centers, PO Box 28269, New York, NY 10087-8269 |
| 516629069 | | Saint Barnabus Outpatient Centers, PO Box 28269, New York, NY 10087-8269 |
| 516629074 | + | St. Clare's Hospital, 25 Pocono Road, Denville, NJ 07834-2954 |
| 516629073 | | St. Clare's dba Revenue Guard, PO Box 28315, New York, NY 10087-8315 |
| 516629076 | | State of New Jersey, Surcharge Violation System, PO Box 4850, Trenton, NJ 08650-4850 |
| 516629078 | + | State of Tennessee, Department of Revenue, Andrew Jackson State Office Building, Nashville, TN 37242-0001 |
| 516629079 | + | Summit Collection Svcs, Po Box 306, Ho Ho Kus, NJ 07423-0306 |
| 516629080 | | Summit Medical Group, Attn: Business Office Admin, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 516629081 | | Summit Medical Group, PA, Attn #8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 516629082 | + | Summit Oral & Maxillofacial Surgery, P.A, 155 Summit Avenue, Summit, NJ 07901-2856 |
| 516629083 | + | Summit Oral Surgery, c/o Robert C. Thelander, 139 South Street, Suite 203, New Providence, NJ 07974-1999 |
| 516653565 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516629084 | + | TD Bank USA, N.A., c/o Weinsten, Pinson, and Riley, PS, 2001 Wester Avenue, Suite 400, Seattle, WA 98121-3132 |
| 516629087 | + | Torin Rutner, D.M.D., M.D., 590 Westfield Avenue, Westfield, NJ 07090-3312 |
| 516629090 | | Verizon, PO Box 1548, Lynnwood, WA 98046-1548 |
| 516629091 | + | Viking Pest Control, 711 E. Main Street, Bridgewater, NJ 08807-3340 |
| 516629096 | | Wilkes-Barre General Hospital WGQ, PO Box 630958, Cincinnati, OH 45263-0958 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 21 2024 21:10:00 | DITECH FINANCIAL LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | EDI: PRA.COM | Mar 22 2024 00:52:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516629002 | ^ | MEBN | Mar 21 2024 21:02:48 | APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 516628996 | + | Email/Text: mreed@affcollections.com | Mar 21 2024 21:12:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 516628997 | | EDI: GMACFS.COM | Mar 22 2024 00:52:00 | Ally, PO Box 38092, Bloomington, MN 55438-0902 |
| 516628998 | + | EDI: GMACFS.COM | Mar 22 2024 00:52:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516628999 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:20:44 | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 516629000 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:20:36 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 516867647 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:20:27 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516760164 | | EDI: AIS.COM | Mar 22 2024 00:52:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516629001 | ^ | MEBN | Mar 21 2024 21:00:32 | Apex Asset Management, 2501 Oregon Pike, Ste 120, Lancaster, PA 17601-4890 |
| 516629009 | ^ | MEBN | | |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516629007 | + | Email/Text: ebn@rwjbh.org | Mar 21 2024 21:01:53 | BCA Financial Services, Inc, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| | | | Mar 21 2024 21:12:00 | Barnabas Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 516629011 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:21:28 | Becket and Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 516629012 | + | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516637472 | + | EDI: AISACG.COM | Mar 22 2024 00:52:00 | Capital One Auto Finance, c/o Ascension Capital Group, 4515 N Sante Fe Ave/ Dept. APS, Oklahoma City, OK 73118-7901 |
| 516629013 | + | EDI: CAPONEAUTO.COM | Mar 22 2024 00:53:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 516700738 | + | EDI: AISACG.COM | Mar 22 2024 00:52:00 | Capital One Auto Finance,, c/o Ascension Capital Group, P.O. Box 201347, Arlington, TX 76006-1347 |
| 519301135 | + | EDI: AISACG.COM | Mar 22 2024 00:52:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 516864112 | | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516629016 | | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One Bank, USA, N.A., c/o American InforSource, LP, PO Box 71083, Charlotte, NC 28272-1083 |
| 516723161 | | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516629017 | + | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One, N.A., c/o American InforSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 516629019 | + | Email/Text: bankruptcy@cavps.com | Mar 21 2024 21:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516629021 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 21 2024 21:12:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 516629023 | + | EDI: CCS.COM | Mar 22 2024 00:52:00 | Credit Collection Services, Two Wells Ave, Newton Center, MA 02459-3225 |
| 516629025 | | EDI: CITICORP | Mar 22 2024 00:52:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516653529 | + | Email/Text: RASEBN@raslg.com | Mar 21 2024 21:10:00 | Ditech Financial LLC, 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| 516629026 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 21 2024 21:12:00 | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 516629027 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 21 2024 21:12:00 | Educational Credit Management Corporatio, PO Box 16408, Saint Paul, MN 55116-0408 |
| 516629030 | + | Email/Text: bknotice@ercbpo.com | Mar 21 2024 21:12:00 | Enhanced Recovery Company, LLC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 516629031 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 21 2024 21:11:00 | Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 516629034 | | EDI: LCIICSYSTEM | Mar 22 2024 00:52:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 516629035 | + | EDI: LCIICSYSTEM | Mar 22 2024 00:52:00 | IC Systems, Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 516629037 | | EDI: IRS.COM | Mar 22 2024 00:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516629022 | | EDI: JPMORGANCHASE | Mar 22 2024 00:52:00 | Chase, Nartional Payment Services, PO Box |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 516629039 | + | Email/Text: PBNCNotifications@peritusservices.com | | 182223, Dept. OHI-1272, Columbus, OH 43218 |
| | | | Mar 21 2024 21:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 516629044 | + | EDI: NAVIENTFKASMSERV.COM | Mar 22 2024 00:52:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516680115 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 21 2024 21:12:00 | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 516881368 | + | Email/Text: signed.order@pfwattorneys.com | Mar 21 2024 21:10:00 | New Jersey Anesthesia Associates, c/o Pressler And Pressler,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 518654208 | | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2024 21:11:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654207 | | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2024 21:11:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516629051 | | Email/Text: bankruptcies@penncredit.com | Mar 21 2024 21:11:00 | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 516629055 | | Email/Text: signed.order@pfwattorneys.com | Mar 21 2024 21:10:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516629058 | | Email/Text: pasi_bankruptcy@chs.net | Mar 21 2024 21:10:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 516629050 | | EDI: SYNC | Mar 22 2024 00:52:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516629059 | ^ | MEBN | Mar 21 2024 21:02:14 | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 516629060 | + | Email/Text: RASEBN@raslg.com | Mar 21 2024 21:10:00 | RAS Cintron Law Offices, 130 Clifton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 516742885 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 21 2024 21:10:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516629065 | | Email/Text: ebn@rwjbh.org | Mar 21 2024 21:12:00 | Saint Barnabas Medical Center, PO Box 29960, New York, NY 10087-9960 |
| 516629067 | | Email/Text: ebn@rwjbh.org | Mar 21 2024 21:12:00 | Saint Barnabus Medical Center, PO Box 29960, Lockbox #29960, New York, NY 10087-9960 |
| 516629068 | | Email/Text: ebn@rwjbh.org | Mar 21 2024 21:12:00 | Saint Barnabus Medical Center, PO Box 29960, New York, NY 10087-9960 |
| 516629070 | + | Email/Text: bankruptcy@savit.com | Mar 21 2024 21:13:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 516629072 | | Email/Text: bankruptcydepartment@tsico.com | Mar 21 2024 21:13:00 | Sirius XM Satellite Radio, c/o EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 516629075 | | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Mar 21 2024 21:12:00 | State Farm, Insurance Support Center, PO Box 588002, North Metro, GA 30029-8002 |
| 516629085 | + | EDI: WTRRNBANK.COM | Mar 22 2024 00:52:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 516921418 | + | Email/Text: AGBankRevenue@ag.tn.gov | Mar 21 2024 21:11:00 | Tennessee Dept. of Revenue, c/o Attorney General, POB 20207, Nashville, TN 37202-4015 |
| 516715521 | | EDI: BANKAMER | Mar 22 2024 00:52:00 | The Bank of New York Mellon FKA..., c/o Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 516629086 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 21 2024 21:12:00 | The CBE Group, Inc., Payment Processing Center, PO Box 126, Waterloo, IA 50704-0126 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516629088 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 21 2024 21:13:00 | Transworld Systems, PO Box 17221, Wilmington, DE 19850-7221 |
| 516629089 | | EDI: URSI.COM | Mar 22 2024 00:52:00 | United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 516629092 | + | EDI: WFFC | Mar 22 2024 00:52:00 | Wells Fargo Bank, PO Box 63491, San Francisco, CA 94163-0001 |
| 516629093 | | EDI: WFFC2 | Mar 22 2024 00:52:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516840903 | | EDI: WFFC2 | Mar 22 2024 00:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516629094 | + | EDI: WFFC2 | Mar 22 2024 00:52:00 | Wells Fargo Card Services, PO Box 30086, Los Angeles, CA 90030-0086 |
| 516629095 | + | EDI: WFFC2 | Mar 22 2024 00:52:00 | Wells Fargo Card Services, 1 Home Campus, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516629010 | * | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 516629038 | ##+ | James M. Rubino, DMD, 598 Central Avenue, New Providence, NJ 07974-1500 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jason Brett Schwartz
on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Jessica M. Minneci
on behalf of Joint Debtor Mary C. O'Keefe jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com

Jessica M. Minneci
on behalf of Debtor Kevin P. O'Keefe jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com

Joseph M. Shapiro

Case 17-12206-VFP    Doc 229    Filed 03/23/24    Entered 03/24/24 00:16:07    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0312-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 3180W | Total Noticed: 126 |

| | |
|---|---|
| Joseph M. Shapiro | on behalf of Debtor Kevin P. O'Keefe jshapiro@middlebrooksshapiro.com |
| | on behalf of Joint Debtor Mary C. O'Keefe jshapiro@middlebrooksshapiro.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Mary C. O'Keefe middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Debtor Kevin P. O'Keefe middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank  N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank  N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank  N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank  N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Resol ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York successor Indenture Trustee to JPMorgan Chase Bank  N.A., successor by merger to Bank One, N.A., as Indenture Trustee for CWABS Master Trust, Revol ecf@powerskirn.com |

TOTAL: 17